AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

**FILED**
OCT 0 1 2015
[signature] CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 15-mj-91
One Vostro 200 Dell computer, black in color, )
Serial # 2704RD1; Model #: DCMF; )
Mfg date: 092207; V: 115/230; A: 7.0/4.0A )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____ District of ___South Dakota___ *(identify the person or describe property to be searched and give its location):* One Vostro 200 Dell computer, black in color, Serial # 2704RD1; Model #: DCMF; Mfg date: 092207; V: 115/230; A: 7.0/4.0A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* See Affidavit in Support of Application for Search Warrant

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __21__ U.S.C. § __331 et seq__, and the application is based on these facts: acts that are prohibited by the Food and Drug Cosmetic Act (FDCA).

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Eric Kelderman, Assistant U.S. Attorney
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-1-15

_____
*Judge's signature*

City and state: Rapid City, SD          Daneta Wollmann, U.S. Magistrate Judge
*Printed name and title*